UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 1:17-cv-20922-DPG

CHERYL HILL,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD.,
a foreign for-profit corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff, Cheryl Hill, and Defendant, Royal Caribbean Cruises Ltd., settled this matter at Mediation on November 17, 2017. See DE 20-1. The Parties hereby stipulate to the entry of a Final Order of Dismissal with Prejudice, each party to bear its own attorneys' fees and costs, on the following terms and conditions:

    1.    Plaintiff, Cheryl Hill's, claims against Defendant, Royal Caribbean Cruises Ltd., shall be dismissed with prejudice.

    2.    Each party shall bear its own attorneys' fees and costs.

Dated: December 18, 2017.

| | |
|---|---|
| **STROUP & MARTIN, P.A.** | **ROYAL CARIBBEAN CRUISES, LTD.** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 119 S.E. 12th Street | 1050 Caribbean Way |
| Fort Lauderdale, FL 33316 | Miami, FL. 33132 |
| Phone No.: (954) 462-8808 | Phone No.: (305) 539-3943 |
| Fax No.: (954) 462-0278 | Fax No.: (305) 539-8101 |
| | |
| By: *s/ Farris J. Martin, III*_____ | By: *s/ Randy S. Ginsberg* |
|     Farris J. Martin, III, Esq. |     Natasha K. Alcívar |
|     Florida Bar No. 879916 |     Florida Bar No. 185485 |
|     fmartin@strouplaw.com |     rginsberg@rccl.com |

CASE NO.: 1:17-cv-20922--DPG
*Joint Stipulation for Dismissal with Prejudice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on December 18, 2017, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List, and/or First Class U.S. Mail upon all parties listed below.

Respectfully submitted,

**STROUP & MARTIN, P.A.**
Attorneys for Plaintiff
119 S.E. 12th Street
Fort Lauderdale, FL 33316
Phone No.: (954) 462-8808
Fax No.: (954) 462-0278

By: *s/ Farris J. Martin, III*_____
Farris J. Martin, III, Esq.
Florida Bar No. 879916
fmartin@strouplaw.com


## SERVICE LIST:

Randy Ginsberg, Esq.
ROYAL CARIBBEAN CRUISES, LTD.
Attorneys for Defendant
1050 Caribbean Way
Miami, FL.  33132
Phone No.: (305) 539-3943
Fax No.: (305) 539-8101
rginsberg@rccl.com
mramos@rccl.com